**Opinion issued June 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-26-00359-CV

—————————————

**360 DEGREES BEAUTY ACADEMY NO. 1, INC., AND ALL OCCUPANTS, Appellants**

**V.**

**J. PAL PROPERTIES, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 5**
**Harris County, Texas**
**Trial Court Case No. 1274566**

---

## MEMORANDUM OPINION

Appellant 360 Degrees Beauty Academy No. 1 attempted to appeal the denial of its writ of re-entry and breach of contract claim from the Justice Court, Precinct 4, Place 1, to County Civil Court at Law No. 5 of Harris County. *See* TEX. R. CIV. P. 510.10. The appeal was mistakenly sent to this Court.

The Court concluded it lacks jurisdiction over this appeal. *See Lynch v. Atkinson*, No. 01-24-00177-CV, 2024 WL 3995445, at *1 (Tex. App.—Houston [1st Dist.] Aug. 30, 2024, no pet.) (mem. op.) ("A court of appeals does not have jurisdiction over a judgment from a justice court."). The Court notified the parties that this appeal was subject to dismissal. No party has filed a response to the notice.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.